IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TARA "BETHANY" MIDDLETON                                              PLAINTIFF

V.                           NO. 4:14-CV-0166 SWW

WHITE COUNTY MEDICAL CENTER                                           DEFENDANT

## ORDER

Pursuant to the Stipulation for Dismissal stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice. Each party will bear its own costs.

DATED this 14th day of October, 2014

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE